| | |
|---|---|
| 1 | Dariush Adli, SBN # 204959 |
| 2 | adli@adlilaw.com |
|   | Drew H. Sherman, SBN #237045 |
| 3 | drew.sherman@adlilaw.com |
|   | Scott E. McPherson, SBN #225149 |
| 4 | scott.mcpherson@adlilaw.com |
|   | ADLI LAW GROUP P.C. |
| 5 | 444 South Flower Street, Suite 1750 |
|   | Los Angeles, California 90071 |
| 6 | Telephone: 213-623-6546 |
| 7 | Facsimile: 213-623-655 |
| 8 | Attorney for Defendants |
|   | JOE MOORE CONSTRUCTION INC. d/b/a WIND SUN ENERGY SYSTEMS and |
| 9 | URBAN GREEN ENERGY INC., |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAWT INC. and SHANGHAI AEOLUS WINDPOWER TECHNOLOGY CO., LTD., | Case No. 2:14-cv-03653-JAK-AGR |
| Plaintiffs, | Hon. John A. Kronstadt<br>Courtroom 750 |
| vs. | **[PROPOSED] VERDICT FORM** |
| JOE MOORE CONSTRUCTION INC. d/b/a WIND SUN ENERGY SYSTEMS and URBAN GREEN ENERGY INC., | |
| Defendants | |
| JOE MOORE CONSTRUCTION INC. d/b/a WIND SUN ENERGY SYSTEMS and URBAN GREEN ENERGY INC. | |
| Counterclaimants | |
| vs. | |
| SAWT INC. and SHANGHAI AEOLUS WINDPOWER TECHNOLOGY CO., LTD., | |
| Counterdefendants | |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

1. Has UGE proven that it is more likely than not that UGE's Hoyi product does not have at least one element of claim 10 of the '569 patent?

Yes _____    No _____

2. Has UGE proven that it is more likely than not that UGE's UGE-9M product does not have at least one element of claim 10 of the '569 patent?

Yes _____    No _____

3. Has UGE proven that it is more likely than not that UGE's Vision Air 3 product does not have at least one element of claim 10 of the '569 patent?

Yes _____    No _____

4. Has UGE proven that it is more likely than not that UGE's Vision Air 5 product does not have at least one element of claim 10 of the '569 patent?

Yes _____    No _____

    5. Has UGE proven that it is more likely than not that the requirement of claim 11 of the '569 patent is <u>not</u> included in UGE's Hoyi product?

    If your answer to Question #1 was "Yes" then you must check off "Yes" to this Question #5. If your answer to Question #1 was "No" then you are free to answer Question #5 with either "Yes" or "No."

        Yes \_\_\_\_\_        No \_\_\_\_\_

    6. Has UGE proven that it is more likely than not that the requirement of claim 11 of the '569 patent is <u>not</u> included in UGE's UGE-9M product?

    If your answer to Question #2 was "Yes" then you must check off "Yes" to this Question #6. If your answer to Question #2 was "No" then you are free to answer Question #6 with either "Yes" or "No."

        Yes \_\_\_\_\_        No \_\_\_\_\_

    7. Has UGE proven that it is more likely than not that the requirement of claim 11 of the '569 patent is <u>not</u> included in UGE's Vision Air 3 product?

    If your answer to Question #3 was "Yes" then you must check off "Yes" to this Question #7. If your answer to Question #3 was "No" then you are free to answer Question #7 with either "Yes" or "No."

        Yes \_\_\_\_\_        No \_\_\_\_\_

8. Has UGE proven that it is more likely than not that the requirement of claim 11 of the '569 patent is <u>not</u> included in UGE's Vision Air 5 product?

If your answer to Question #4 was "Yes" then you must check off "Yes" to this Question #8. If your answer to Question #4 was "No" then you are free to answer Question #8 with either "Yes" or "No."

Yes \_\_\_\_\_       No \_\_\_\_\_

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____, 2015            By:_____
                                                    Presiding Juror