Tyler J. Woods (State Bar No. 232464)
  twoods@trialnewport.com
Scott J. Ferrell (State Bar No. 202091)
  sferrell@trialnewport.com
**NEWPORT TRIAL GROUP**
A Professional Corporation
4100 Newport Place, Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiffs and Counterdefendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAWT INC. and SHANGHAI AEOLUS WINDPOWER TECHNOLOGY CO., LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> JOE MOORE CONSTRUCTION INC. d/b/a WIND SUN ENERGY SYSTEMS and URBAN GREEN ENERGY INC., <br><br> Defendants | Case No. 2:14-cv-03653-JAK-AGR <br><br> Hon. John A. Kronstadt <br> Courtroom 750 <br><br> **PLAINTIFFS AND COUNTERDEFENDANTS' [PROPOSED] VERDICT FORM** |
| JOE MOORE CONSTRUCTION INC. d/b/a WIND SUN ENERGY SYSTEMS and URBAN GREEN ENERGY INC. <br><br> Counterclaimants <br><br> vs. <br><br> SAWT INC. and SHANGHAI AEOLUS WINDPOWER TECHNOLOGY CO., LTD., <br><br> Counterdefendants | |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

1. Has UGE proven that it is more likely than not that UGE's Hoyi product does not have at least one element of claim 10 of the '569 patent?

    Yes _____     No _____

If your answer to question 1 is "yes," go to question 3. If your answer to question 1 is "no," go to question 2.

2. Has UGE proven that it is more likely than not that UGE's Hoyi product <u>does not</u> contain parts that are identical or equivalent to at least one element of claim 10 of the '569 patent? In other words, for any requirement that is not literally found in UGE's Hoyi product, does the Hoyi product have an equivalent part to that element?

    Yes _____     No _____

3. Has UGE proven that it is more likely than not that UGE's UGE-9M product does not have at least one element of claim 10 of the '569 patent?

    Yes _____     No _____

If your answer to question 3 is "yes," go to question 5. If your answer to question 3 is "no," go to question 4.

4. Has UGE proven that it is more likely than not that UGE's UGE-9M product <u>does not</u> contain parts that are identical or equivalent to at least one element of claim 10 of the '569 patent? In other words, for any requirement that is not literally found in UGE's UGE-9M product, does the UGE-9M product have an equivalent part to that element?

      Yes _____      No _____

5. Has UGE proven that it is more likely than not that UGE's Vision Air 3 product does not have at least one element of claim 10 of the '569 patent?

      Yes _____      No _____

If your answer to question 5 is "yes," go to question 7. If your answer to question 5 is "no," go to question 6.

6. Has UGE proven that it is more likely than not that UGE's Vision Air 3 product <u>does not</u> contain parts that are identical or equivalent to at least one element of claim 10 of the '569 patent? In other words, for any requirement that is not literally found in UGE's Vision Air 3 product, does the Vision Air 3 product have an equivalent part to that element?

      Yes _____      No _____

7. Has UGE proven that it is more likely than not that UGE's Vision Air 5

product does not have at least one element of claim 10 of the '569 patent?

       Yes _____       No _____

If your answer to question 7 is "yes," go to question 9. If your answer to question 7 is "no," go to question 8.

8. Has UGE proven that it is more likely than not that UGE's Vision Air 5 product <u>does not</u> contain parts that are identical or equivalent to at least one element of claim 10 of the '569 patent? In other words, for any requirement that is not literally found in UGE's Vision Air 5 product, does the Vision Air 5 product have an equivalent part to that element?

       Yes _____       No _____

9. Has UGE proven that it is more likely than not that the requirement of claim 11 of the '569 patent is <u>not</u> included in UGE's Hoyi product?

       Yes _____       No _____

10. Has UGE proven that it is more likely than not that the requirement of claim 11 of the '569 patent is <u>not</u> included in UGE's UGE-9M product?

       Yes _____       No _____

11. Has UGE proven that it is more likely than not that the requirement of claim 11 of the '569 patent is <u>not</u> included in UGE's Vision Air 3 product?

Yes \_\_\_\_\_     No \_\_\_\_\_

12. Has UGE proven that it is more likely than not that the requirement of claim 11 of the '569 patent is <u>not</u> included in UGE's Vision Air 5 product?

Yes \_\_\_\_\_     No \_\_\_\_\_

---

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

---

DATED: _____, 2015     By:_____
                                          Presiding Juror

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2015, I electronically filed the foregoing **PLAINTIFFS AND COUNTERDEFENDANTS' [PROPOSED] VERDICT FORM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/Tyler J. Woods*
Tyler J. Woods