ADLI LAW GROUP, P.C.
www.adlilaw.com
(213) 623-6546

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAWT INC. and SHANGHAI AEOLUS WINDPOWER TECHNOLOGY CO., LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> JOE MOORE CONSTRUCTION INC. d/b/a WIND SUN ENERGY SYSTEMS and URBAN GREEN ENERGY INC.; and DOES 1 through 10, inclusive, <br><br> *Defendants*. | Case No. 14-cv-03653 JAK (AGRx) <br><br> *[Assigned for all purposes to Hon. Judge Kronstadt]* <br><br> **JUDGMENT** <br><br> **JS-6** <br><br> Court Room: 750 <br> Time: 8:30 a.m. <br> Date: April 4, 2016 |

**JUDGMENT**

1450.201

This matter came before the Court on an Application to this Court, dated February 29, 2016, of a Request for Entry of a Default Judgment taken against Plaintiffs and Counter-Defendants, SAWT INC. and SHANGHAI AEOLUS WINDPOWER TECHNOLOGY CO., LTD. (collectively "SAWT"), by Defendants and Counterclaimants, JOE MOORE CONSTRUCTION INC. d/b/a WIND SUN ENERGY SYSTEMS and URBAN GREEN ENERGY INC. (collectively "UGE"). A hearing was held on April 4, 2016 and the matter was taken under submission.

The Court now enters JUDGMENT as follows:

1. This Court finds and declares that UGE's products do not infringe the claims of SAWT's Patent for "Vertical Shaft Wind Turbine and Method of Installing Blades Therein," U.S. Patent No. 7,967,569.
2. UGE is found to be the prevailing party in this action.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 29, 2016

_____
Hon. Jon A. Kronstadt
United States District Judge

JUDGMENT